# Court of Appeals
# of the State of Georgia

ATLANTA, _October 28, 2025_

*The Court of Appeals hereby passes the following order:*

**A26A0467. AUBRIE LEIGH BROWN v. THE STATE.**

After appellant Aubrie Brown failed to file her brief and enumerations of error within the time provided by Court of Appeals Rule 23 (a), this Court ordered Brown to file her brief and enumeration of errors no later than 4:30 p.m. on October 27, 2025. We cautioned that her failure to file by that time shall result in dismissal of the appeal. Brown has failed to timely comply with this Court's order, and this appeal therefore is hereby DISMISSED. See *Tolbert v. Tolbert*, 234 Ga. 708 (217 SE2d 162) (1975).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _10/28/2025_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.